Exhibit "D"

Today I was denied yard call. Why can't I go outside and stretch my legs?

Robert Guillory
8-12-2014

YOU Are on Restriction!!!

CAPT. Hare