Clerk, U. S. District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 22 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

Greetings! My name is Robert P. Guillory and I am currently writing unto you about a copy for a scheduling order for two on going cases.

I would like a scheduling order for case number 2:14-CV-00157-MTP and case number 2:14-CV-00156-MTP. It would be greatly appreciated, if the courts can help me with this issue.

Thank you for your full undivided attention and time.

Regards,

Mr. Robert P. Guillory

February 9, 2016

Robert P. Guillory #157076
E.M.C.F. 2-B-113
10641 Highway 80 West
Meridian, Ms. 39307