IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ROBERT P. GUILLORY | PLAINTIFF |
| VS. | CIVIL ACTION NO. 2:14-cv-00156-MTP |
| JONES COUNTY, SHERIFF ALEX HODGE, MAJOR RANDY JOHNSON, CAPTAIN DAVID HARE, SERGEANT JONATHAN CARTER, SERGEANT LUCILLE HOWARD, SERGEANT JACKIE HAYES, AND SERGEANT CARL PYLES | DEFENDANTS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that all claims against Jones County, Sheriff Alex Hodge, Major Randy Johnson, Captain David Hare, Sergeant Jonathan Carter, Sergeant Lucille Howard, Sergeant Jackie Hayes, and Sergeant Carl Pyles ("County Defendants"), in the above-entitled action, Civil Action No. 2:14cv00156MTP, may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause against the County Defendants with prejudice.

Respectfully submitted,

_____
Robert P. Guillory
*Pro Se Plaintiff*

/s/   H. David Clark, III
GARY E. FRIEDMAN
H. DAVID CLARK, III
*Attorneys for County Defendants*

PD.20012155.1

## CERTIFICATE OF SERVICE

I, H. DAVID CLARK, III., do hereby certify that on November 7, 2016, I electronically filed the above and foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing and I hereby certify, I forwarded, via United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following non-ECF participant:

Robert P. Guillory, #157076
E.M.C.F. 213-106
P,O, Box 4217
10641 HWY 80 West
Meridian MS  39307

*PRO SE PLAINTIFF*

/s/ H. David Clark, III
H. DAVID CLARK