IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT P. GUILLORY                       PLAINTIFF

VS.                          CIVIL ACTION NO.: 2:14-cv-00156-MTP

JONES COUNTY SHERIFF ALEX HODGE, MAJOR
RANDY JOHNSON, CAPTAIN DAVID HARE,
SERGEANT JONATHAN CARTER, SERGEANT
LUCILLE HOWARD, SERGEANT JACKIE HAYES,
AND SERGEANT CARL PYLES                  DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff, Robert P. Guillory, and Defendants, Sheriff Alex Hodge, Major Randy Johnson, Captain David Hare, Sergeant Jonathan Carter, Sergeant Lucille Howard, Sergeant Jackie Hayes, and Sergeant Carl Pyles, (collectively referred to as "County Defendants"), have agreed to and announce to the Court a settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to Plaintiff and County Defendants, including all claims brought or that could have been brought, with the parties to bear their own costs. Pursuant to the agreement of Plaintiff and County Defendants, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

SO ORDERED AND ADJUDGED this the 8th day of NOVEMBER, 2016.

_____
UNITED STATES MAGISTRATE COURT
JUDGE

PD.20386316.1